Case 4:08-cr-00076   Document 274   Filed on 03/27/17 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
March 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:08-CR-76-1 |
| | § | |
| CARLOS PAUL GONZALEZ | § | |

**ORDER**

On October 23, 2012, this Court denied Carlos Paul Gonzalez' motion to vacate, correct, or set aside his sentence. The Court subsequently denied motions to alter or amend the judgment and for relief from the judgment. Other pending motions were dismissed as moot.

On January 13, 2015, Gonzalez filed a second motion to vacate, correct, or set aside his sentence. This Court dismissed that motion as a successive habeas corpus petition on January 26, 2015. The Fifth Circuit denied Gonzalez a Certificate of Appealability on June 1, 2016. *United States v. Gonzalez*, No. 15-20242 (5th Cir. June 1, 2016).

On June 6, 2016, Gonzalez filed a motion seeking recusal of the United States District Judge in this case. On March 7, 2017, Gonzalez filed a Motion for a Default Judgment. As there is currently no matter pending before this Court, there is nothing from which the District Judge can recuse himself. Moreover, Gonzalez points to nothing pending which required a response from the government, and therefore fails to demonstrate that the government is in default.

Gonzalez has filed numerous frivolous motions throughout the course of his postconviction proceedings, of which the two addressed in this motion are only among the most recent. Gonzalez has received all the review, from both this Court and the Fifth Circuit, to which he is entitled. Accordingly, it is ORDERED that Gonzalez' motions for recusal (Dkt. No. 268) and for default judgment (DKT. No. 270) are DENIED. It is FURTHER ORDERED that

Gonzalez is **PRECLUDED** from filing any additional motions in this case. Filing any additional motions in this case may subject Gonzalez to monetary sanctions.

SIGNED on this 27th day of March, 2017.

Kenneth M. Hoyt
United States District Judge